UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
SHANNON ANISE MARTIN          CASE NO: 14-57505
                                                       CHAPTER: 7
                                                       JUDGE: SHEFFERLY

        Debtor        /

## DEBTOR'S RESPONSE TO Y.W.I. L.L.C.'S MOTION FOR RELIEF FROM AUTOMATIC STAY

**NOW COMES** the Debtor, by and through her attorneys, B.O.C. Law Group, P.C., and in support of this response states the following:

1. In response to paragraph 1, Debtor neither admits nor denies the allegations set forth and leaves the Movant to its separate proofs.

2. As for paragraph 2, Debtor denies the allegations set forth and leaves the Movant to its separate proofs.

3. As for paragraph 3, Debtor admits the allegations set forth as true.

4. As for paragraph 4, Debtor admits the allegations set forth as true.

5. As for paragraph 5, Debtor neither admits nor denies the allegations set forth and leaves the Movant to its separate proofs.

6. As for paragraph 6, Debtor admits the allegations set forth as true.

7. As for paragraph 7, Debtor neither admits nor denies the allegations set forth and leaves the Movant to its separate proofs.

8. As for paragraph 8, Debtor neither admits nor denies the allegations set forth and leaves the Movant to its separate proofs.

9. As for paragraph 9, Debtor neither admits nor denies the allegations set forth and leaves the Movant to its separate proofs.

10. As for paragraph 10, Debtor neither admits nor denies the allegations set forth and leaves the Movant to its separate proofs.

11. As for paragraph 11, Debtor neither admits nor denies the allegations set forth and leaves the Movant to its separate proofs.

**WHEREFORE** Debtor prays this Honorable Court will deny Y.W.I. L.L.C.'s Motion for Relief from Automatic Stay and provide any other relief deemed equitable and just to the Debtor.

1

                                                                                   Respectfully submitted,

/s/ Nicholas B. Andrew
C. Jason Cardasis (P54930)
Corey M. Carpenter (P67818)
Nicholas B. Andrew (P75381)
Attorneys for Debtor
24100 Woodward Ave.
Pleasant Ridge, MI 48069
248-584-2100
nicholasandrew@boclaw.com

Dated: January 5, 2015

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:
**SHANNON ANISE MARTIN**　　　　　　　　　CASE NO:　14-57505
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER:　7
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE:　　SHEFFERLY

　　　　　　**Debtor**　　　　／

## CERTIFICATE OF SERVICE

　　Nicholas B. Andrew on **January 5, 2015** did send the following pleadings: **Debtor's Amended Response to Y.W.I. L.L.C.'s Motion for Relief from Automatic Stay** and **Certificate of Service** that was filed with the Clerk of the Court using the ECF System, which will send notification of such filing to the following:

**Charles J. Taunt**
**CH. 7 TRUSTEE**
**700 East Maple Road**
**2nd Floor**
**Birmingham, MI 48009 -6359**

**Justin L. Smith**
**Attorney for Y.W.I. L.L.C.**
**Royal Oak, MI 48067**


　　　　　　　　　　　**/s/ Nicholas B. Andrew**
　　　　　　　　　　　**C. Jason Cardasis (P54930)**
　　　　　　　　　　　**Corey M. Carpenter (P67818)**
　　　　　　　　　　　**Nicholas B. Andrew (P75381)**
　　　　　　　　　　　**Attorneys for Debtor**
　　　　　　　　　　　**24100 Woodward Ave.**
　　　　　　　　　　　**Pleasant Ridge, MI 48069**
　　　　　　　　　　　**248-584-2100**
　　　　　　　　　　　**nicholasandrew@boclaw.com**

3